# MEMORANDUM DECISIONS

ADAMS et al., Appellants, v. R. G. CHASE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Thomas H. Adams and others, constituting the firm of the Central Banking Company of Mt. Union, Pa., against the R. G. Chase Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

———

ALJNUICK, Appellant, v. AMERICAN MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Alexander Aljnuick against the American Manufacturing Company.

PER CURIAM. Motion granted, and the order resettled, so as to affirm the judgment appealed from, as well as the order setting aside the verdict. See, also, 143 N. Y. Supp. 1105; 144 N. Y. Supp. 1103.

STAPLETON, J., taking no part.

———

ALJNUICK, Appellant, v. AMERICAN MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Alexander Aljnuick against the American Manufacturing Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 144 N. Y. Supp. 1103.

———

ALLEN et al., Appellants, v. LA VAUD et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Herbert R. Allen and others, by Hezekiah E. Lawrence, their guardian ad litem, against Lillian F. La Vaud and another.

PER CURIAM. Judgment and orders affirmed, with costs.

CARR, J., dissents.

———

ALLEN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by C. Dudley Allen against Abiel L. Smith.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon questions of fact as well as of law, and the following findings of fact are reversed, as either being contrary to the weight of the evidence in the case, or without any evidence to support them: Nos. 4, 12, 13, 14, 15, 16, so much of 17 as follows the words Dean Pond, 21, 23, 24, 25, 26, 27, 28, 29, 31, 33, and 35, respectively.

ALLGAIER, Appellant, v. COHEN, FRANK & CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by William J. Allgaier against Cohen, Frank & Co. and others.

PER CURIAM. Order reversed, without costs, and motion to open the default for failure to serve a bill of particulars within the time specified granted, without costs.

BURR and RICH, JJ., vote to affirm.

———

ALLSHOUSE, Respondent, v. PALMER, Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Charles H. Allshouse against Devore Palmer. M. Monfried, of New York City, for appellant. A. Kohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

ALPERN et al., Respondents, v. HEFFRON CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Louis Alpern and another against the Heffron Company. No opinion. Order modified, by granting the motion to disallow certain items, to the extent of disallowing the sum of $259.20, the amount allowed to the witness Louis Fischer, for mileage from Buffalo. As so modified, order affirmed, without costs. Settle order on notice. See, also, 144 N. Y. Supp. 1103.

———

ALPERN et al., Respondents, v. HEFFRON CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Louis Alpern and another against the Heffron Company. J. H. McCrahon, of New York City, for appellant. B. Frindel, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 N. Y. Supp. 1103.

———

ANDERSON v. DODD. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Stephen D. Anderson against Grace D. Dodd, as executrix, etc., and individually. No opinion. Order affirmed, with $10 costs and disbursements.

———

ANDERSON, Appellant, v. WEBER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Ernest D. Anderson against Richard Weber and another. M. Ely, of New York City, for appellant. I. Buxbaum, of Brooklyn, for respondents. No opinion. Order affirmed, with costs. Order filed.